UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LIUBOV BANNIKOVA #A241-901-761      CASE NO.  3:26-CV-01078 SEC P

VERSUS      JUDGE TERRY A. DOUGHTY

U S IMMIGRATION & CUSTOMS      MAGISTRATE JUDGE CAROL
ENFORCEMENT ET AL      B. WHITEHURST

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 4], noting no written and filed objections thereto, and after an independent review of the record and concurring with the Magistrate Judge's recommendation,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Liubov Bannikova ("Petitioner"), is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the Court's inherent power to control its docket, s*ee Link v. Wabash Railroad Company*, 370 U.S. 626 (1962); *Rogers v. Kroger Company*, 669 F.2d 317, 320–21 (5th Cir. 1982), due to Petitioner's failure to prosecute this case.

MONROE, LOUISIANA, this 17th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1